## ELLIOTT v. McCALLA, executrix.

FISH, P. J. This case is controlled by the well-established rule, that, where the verdict was not demanded under the law and the evidence, the grant of a first new trial will not be disturbed, though based on a single ground, and without regard to whether or not such ground was meritorious. *Macon Consolidated St. R. Co.* v. *Jones,* 116 *Ga.* 351, and cases cited; *Cordray* v. *Savannah Ry. Co.,* 117 *Ga.* 464; *Mock* v. *Savannah Ry. Co.,* 122 *Ga.* 385. *Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Submitted April 14, — Decided May 13, 1905.

Complaint. Before Judge Proffitt. City court of Elberton. January 25, 1905.

*Z. B. Rogers* and *Van Duzer & Tutt,* for plaintiff.
*Joseph N. Worley,* for defendant.